[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 14-15655
Non-Argument Calendar
_____

D.C. Docket No. 9:13-cr-80240-KAM-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JASON ANDREW VITULANO,
a.k.a. J,
a.k.a. Jay,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida
_____

(June 24, 2015)

Before ED CARNES, Chief Judge, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Robert E. Adler, appointed counsel for Jason Andrew Vitulano in this direct

criminal appeal, has moved to withdraw from further representation of the appellant

and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18

L.Ed.2d 493 (1967).   Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.   Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Vitulano's convictions and sentences are **AFFIRMED**.